UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ROYAL & SUN ALLIANCE INSURANCE PLC,
    Plaintiff,

v.                                                    Case No. 3:16-cv-659-J-20JBT

NIPPON EXPRESS USA, INC.,
    Defendant.
_____/

## O R D E R

This matter is before this Court on the parties' "Stipulation and (Proposed) Order of Dismissal" (Dkt. 21). The parties stipulate, in this pleading, that this action should be dismissed with prejudice.

Accordingly, it is so **ORDERED**:

1. The parties' "Stipulation and (Proposed) Order of Dismissal" (Dkt. 21) is **GRANTED** and this action is **dismissed with prejudice**, with each party to bear their own costs and attorney's fees; and

2. The Clerk is directed to terminate all pending motions and **CLOSE** this case.

**DONE and ORDERED** at Jacksonville, Florida this ___ day of December, 2016.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Brian T. Scarry, Esq.
David T. Maloof, Esq.
Andrew J. Stief, Esq.
Thomas M. Eagan, Esq.
Dennis A. Cammarano, Esq.